IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Olivera, Martha Iris | Case Number: 04 B 45686 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/23/07 | Filed: 12/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 19, 2007
Confirmed: January 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 20,904.72 |  |
| Secured: |  | 5,139.05 |
| Unsecured: |  | 0.00 |
| Priority: |  | 12,014.11 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,039.69 |
| Other Funds: |  | 11.87 |
| Totals: | 20,904.72 | 20,904.72 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Triad Financial Services | Secured | 5,139.05 | 5,139.05 |
| 3. | Illinois Dept of Revenue | Priority | 172.49 | 159.68 |
| 4. | Internal Revenue Service | Priority | 9,214.63 | 9,167.54 |
| 5. | Internal Revenue Service | Priority | 2,700.69 | 2,686.89 |
| 6. | Nicor Gas | Unsecured | 669.98 | 0.00 |
| 7. | Boch Philips | Unsecured | 55.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,980.38 | 0.00 |
| 9. | Specialized Management Consultants | Unsecured | 440.71 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 22.50 | 0.00 |
| 11. | SBC | Unsecured | 475.13 | 0.00 |
| 12. | Triad Financial Services | Unsecured | 1,610.27 | 0.00 |
| 13. | Portfolio Acquisitions | Unsecured | 748.67 | 0.00 |
| 14. | Peoples Energy Corp | Unsecured | 1,244.33 | 0.00 |
| 15. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
| 18. | Direct Tv | Unsecured |  | No Claim Filed |
| 19. | Comcast | Unsecured |  | No Claim Filed |
| 20. | Fairlane Credit L.L.C. | Unsecured |  | No Claim Filed |
| 21. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 22. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 23. | JVDB Smith Assoc | Unsecured |  | No Claim Filed |
| 24. | KCA Financial Services | Unsecured |  | No Claim Filed |
| 25. | KCA Financial Services | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Olivera, Martha Iris

Printed:  10/23/07

Case Number:  04 B 45686
Judge:  Wedoff, Eugene R
Filed:  12/13/04

| | | | | |
|---|---|---|---|---|
| 26. | MCI Residential | Unsecured | | No Claim Filed |
| 27. | Malcolm S Gerald & Assoc | Unsecured | | No Claim Filed |
| 28. | Orchard Bank | Unsecured | | No Claim Filed |
| 29. | KCA Financial Services | Unsecured | | No Claim Filed |
| 30. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 31. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |

$ 27,173.83          $ 19,853.16

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 144.00 |
| 4% | 99.66 |
| 3% | 74.76 |
| 5.5% | 456.87 |
| 5% | 145.36 |
| 4.8% | 119.04 |

$ 1,039.69

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_